No. 25-1329

_____

In United States Court of Appeals for the Ninth Circuit

_____

Mahmood Yoonessi, Plaintiff-/Appellant,

V.

Letitia James, (Self and

M. Tisch, Kredentser, ABOG), K. Wilcox, W. Prasifka, L. Antosh NY, Ca, Oh

Medical Boards, University of Buffalo, Jeffrey Bouchiechio, Diane Tiveran,

Respondents

ON APPEAL FROM THE U.S DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA Eastern (Sacramento)
Division's Decision and Order/Judgment

Appellant (S) Opening Brief; Memorandum of Law in support of Motion
for summary Disposition (pursuant to 28U.S.C2106) and granting
Appellant's Relief As requested

Mahmood Yoonessi

6790 Crest Rd

Rancho Palos Verdes, CA 90275

Ph No: 310-303-1671. E Mail: myoonessi75@gmail.com

1

1          TABLE OF CONTENTS

2    Introduction                                        2

3    Facts of the case                                   5

4    Historical aspects of the Case                     11

5    Table of Authorities                               16

6    Jurisdictional Statement                           18

7    Statement of Issue Presented for Review            19

8    Argument                                           20

9    Conclusion                                         22

10   Prayer                                             22

11   Statement of related Cases                         23

12   Certificates                                       24

13   Certificate of service                             25

14   **Disclosure of Petitioner(s)Witnesses:**

15   **Dr S.R Goodnough; Boston, NY,Dr Daniel C.Kredentser; Albany NY**

16   **Atty G.T.Walsh; Buffalo NY,P,D Licotta Sisters Hospital Buffalo NY**

1    Atlas De Marco; Office of Chief Trial Counsel S. Bar. of Ca,Yaroslovsky

2    Office of Disciplinary Counsel, Supreme court of Ohio

3    Peter D. Van Buren  Loudonville NY,Julie Sheridan,C.Heckman,

4    Attys R.Chandler,Khourey,Severo,B&B,Toposi,S.Barnes,NY,Oh&Ca

5                          Introduction

6    1. Appellant (s) Mahmood Yoonessi ,Myoonessi,MDPC(hereafter

7      appellant(s) ), most respectfully submit the lower courts' Decision

8      and Order(s) in the above captioned(&related) case(2:23-CV-

9      00023)(pg's5-73) ,and humbly request vacating it  in its entirety.

10      The relevant Excerpts  of the record is submitted. The entirety of

11      the record is incorporated by reference .The  communication from

12      "Nicole Delgado dated February 26/25"; concealed before adoption

13      of the order(s), related to ECF 's 37,54 ,62,66,67,68(Mag J R&R

14      page1 lines20-23 included.(pg's 178-196)

15    2. The request is made on the following grounds:

16      1)The actions,  functions ,underlying Fabrication/creation  of said

17      documents were not "Judicial", were performed in the "Complete

18      absence of all jurisdictions",not covered by "Judicial immunity"

1. b)The facts (F) of the case were knowingly,Falsified beyond

2. recognition(First Assignment of Error; Mutilation, alterations of

3. the "Facts" making review impossible(The USPS tracking

4. no;EJ82589225US)proves the "opposition/Objection to Mag Judges

5. R&R was mailed on January 28,2025,at 2;06 pm, received by

6. clerks of the court: Kelly Lopez/ Michelle Krueger On January

7. 30th,2025 at 7:54 Am).Even the Judge in the case admitted /chose

8. to ignore the fact(Postal service crime 18 USC 1341;design the

9. scheme to defraud,18 USC 1708:Postal service theft).At trial

10. Plaintiff shall provide evidence the same scheme (18 USC

11. 1341)was used by clerks of Ohio court, and Ca ,Ny Medical

12. Boards, Am Bd of Ob Gyn, Lynette Antosh(18 USC 1341);all RICO

13. members(pg's 143-177),

14. b)The issues were manufactured;Second assignment of

15. Error;(Fraudulent representation of "Issues".(when asked to

16. describe where the "Events" occurred ,Plaintiff writes; "president

17. Sample was very Powerful...."The Issue of Whether  president

18. Sample Notice of Discipline was issused in the absence of  all

19. Jurisdiction ,whether his claim that Dr Daniel Mariniello had a

4

Faculty Practice plan accounting ,was Fraudulent) is ignored.At trial plaintiff shall prove that Dr Marinello never Joined Faculty Practice Plan.Plaintiff shall also prove that president Sample preside over the  Sexual abuse activities of  Dr G. Tyndall. It was president Sample's actions that cost University of Southern California Close to a Billion dollars Judgment for those well publicized sexual abuse cases. President Sample never filed anything personal with the courts(above the law person)(Pg's176-177).Mag Judge's  Downplay  of said atrocities was not accidental: They were False. In over a Century of presidency and litigation he Never had enough respect for any Judge,any court,any agency to write to them or answer any questions(Contrarian Leader ;he wrote in his book),

c)Rules ignored (Error Assignment; Rules, Laws); President sample referred to by  Mag J in his order was the USC president when Dr G.Tyndal abused USC students, USC paid Over a Billion Dollars in damages and he never admitted any Fault(was above the law),

1     d)Analysis;The lower court Judges acted in "complete absence of

2     all Jurisdiction"; Myoonessi ,MD PC was never charged ,named

3     served was not before the court ;their decision and order ,as

4     applied to Myoonessi,MD are void, The decision and order as a

5     applied to MY montecito Sh ,inc the owner of 6160 Arlington ,is

6     "Void ab initio";MY Montecito Inc was not before the court and

7     Caine and Weiner's Fraudulent(Steve Friedland) claims were not

8     Before the court ;failing, refusing to vacate ,Set aside judgment

9     listed in Court's Order(ECF numbers 66,67,68;decision and order

10     page one line 23 is invalide(Null and Void).

## Facts of The Case(uncontested)

12     3.On or about Jan1st,2023 Plaintiff/Appellant filed the Civil Rights

13     case(2:23-cv-00023) In the central District Court of California;Eastern

14     Division, Sacramento California ;asserting ,Bivens, RICO and

15     constitutional violation claims/causes of action. Deprivation of the

16     (property; office), the Medical licenses in New York, California ond

17     Ohio ;based on no evidence was also asserted,

1    4. On Oct 12,2022, another case involving a member of the

2    aforementioned RICO Ring "Captioned under title ;" Castle and Palace

3    v.Yoonessi/NY Clerk of the Court "was removed from Erie County

4    Court (2019/000007) to California Central District Court(2:22-Cv-

5    06431).Said case was remanded back to Buffalo /Erie County Court

6    remained unadjudicated,

7    5.The Erie County Court ignored the order of remand from California

8    District court and Over a Quarter Million dollars owed Appellant,from

9    Sale of his Medical office remains unpaid,unaccounted for,

10   6.New York State Agents; Jeffrey Bouchiechio,DianeTiveron,Thomas

11   Waring Jr,Participated in proceedings that challenged the effectiveness

12   of NY Attorneys representation of the appellant(2014-2024),

13   7.All causes of action in original /amended Buffalo complaints as well

14   as opposition to NY attorneys Withdrawal without refunding

15   $24,,699.94 retainer money remain unadjudicated,

16   **8.No scheduling order,Disclosure of "Evidence",Witnesses,hearings**

17   **took place.,**

9. On or about Aug6/2024 the case was reassigned to Mag Judge S.Riordan(ECF 65),Consent/Decline of US Mag Judge's Jurisdiction was never signed by parties and the restricted document was never disclosed(FRVP p.73(b)(1);ECF 39)(pg's168-71)

10. On or about Jan 14,2025 Mag Judge wrote a "Report and Recommendation" granting ECF No 37 (as a motion to dismiss) and denying it as a default Motion. Objection/opposition to the report were mailed (US priority Express mailed January 28,2025 at 1;51 Pm,received by the clerk of the court (Kelly Lopez) on Jan 30th,2025 At 10:49 Am)(Excerpts from the records ;USPS)(pg's74-81)

11.Honorable Chief Judge adopted the report in "Full",

12.The adoption took place on Feb12,2025,Falsely claiming it was Untimely; refusing to admit the receipt of priority Exoress Mail; (tracking No;EJ682589225US)

12.The Judge opined "Even if the court were to consider the merits of untimely objection ;they do not alter the Court's determinations. (ECF 79; denying the undeniable)

13.Appellant re submitted the reports and recommendation That; a)Manufactured the Facts of the Case(first assignment of the "Error";Criminal Fraud (NYMB 32 pages D&O of June 2005; "Fraud of Fact),(pg's 82-141)

b)Second Criminal Fraud of Issue ; The Real owner /holder of NY License No 310221 were /are innocent nurses not Appellant(whose NY License no was, is, shall remain 118540)(pg's149-168),

c)Third assignment of Error;; Rule/LAW; Myoonessi,MD PC was not before the Court;"Complete Absence of all jurisdiction";not subject of "Judicial Immunity"

d)Fourth Assignment of Error ,Criminal Fraudulent " Analysis": As a consultant whose correct recommendations were ignored; he (Appellant)was not ,did not remain "Physician of Record for Patients,JML,I.K

E.S,J.G,K.K,M.R,of (Undisputed facts of the case

e)Fifth assignment of criminal Error; The Law of "Void ab Initio": Humbly and most respectfully requested The Honorable Chief Justice Tunley reject R&R(LR302( C)(21) in its entirety.Request was made on the following grounds;

*It distorts, alters, falsifies the facts of the  case(pg 1;he even denies The  discovery  motions;ECF54,61&62),he  prefers  his  own Fabrication,(Facts falsified)

*It distorts, falsifies, alters the issues; claiming someone asked, complainant Answered; President Sample Was Powerful; does not even admit that in two decades, President  Sample ignored the laws ,the courts and judges  (obstruction of Justice)(Issue falsified),

*It ignores the  Federal Rules of adjudication ,local rules, falsely ignores petitioners request for "Jury Trial" respect for 6TH and other Us Constitutional amendments(Rules falsified),

*His  analysis  of  the  case  and  case  laws  is  Unfair, Fraudulent,inconsistent  with  law,  morality  and  is  outright Racist.He criticizes petitioner for fighting for his legal  rights for

over two decades and disregards it again .He takes pride in
Ignoring the wrongful death of Johnny Mae Lemmons ;the only
African American case ;subject of this Complaint(Analysis
perverted),

*His conclusions are   clear violations of Federal, State
Laws,Immoral and unethical,

In support of this humble request ,Plaintiff, incorporates by
reference all docket entries and submits the followings:

*ECF Nos 37,43,45,and 56,

*ECF Nos  54,61,62,

*ECF Nos 37,47,

*ECF Nos66,67,68

Judicial notice to be taken that Report claims Docket  entry 37,as
one of his denied default judgment motions,

Judicial notice is also to be taken that Report Fraudulently labels
again Docket  Entry 37,as one of his  granted motions,

Plasintiff now identifies  the author of  Fraudulent Report as a
member of "Organized Crime ring of UB ",so  identified in  court
submissions, Petitioner further requests  Honorable Justice take
notice that petitioner ,aware of Complexities attempted to secure
Barred Attorney representations to no avail. A court referral is
Respectfully requested:

Atty M.Khourey was retained,collected$15,000 never performed,
now   refuses   to   refund   the   money   despite   loosing   the

1 "arbitration"case;No;30-2023-01323781-CL-PA-CJC                    ;OC

2 Court;attyChandler shall testify, Docket No 47,

3 Atty Severo retained   collected $25,000 never performed(Case

4 referred to OC Bar; refuses full refund)

5 Atty Castellani collected $5,000 ; never performed,

6 Attys of Bonnes and Bridges (Idell) collected$ 15,0000;did not

7 perform,

8 Attys Topozi, Collis of Ohio collected $116,000 now they have

9 teamed up with Mr Wilcox and refuse to produce the 32 pages

10 NYMB report of June 2005,

11 Atty Tiveron's  team represented petitioner in Buffalo; collected

12 over $25,000 gave over $200,000  of my money to the Con Artist

13 who is trying to sell my Buffalo Office for $994,000(3rdtime)

14 without paying my Mortgage. Now they have the support of Maj

15 Judge ,who refuses to Vacate the judgment and fraudulently

16 claims it was state Court Judgment. The court requested to take

17 judicial notice MagJ Riordan  does not even know NY complicated

18 Court System is. Judge Barnes is  County Court Judge and her

19 default Judgment Could be appealed for a year, Case actually was

20 remanded to BFLO county court from Ca District Court

21 Atty Walsh, also has failed petitioner on more than one occasion,

22 Mag judge and Mr Bonta's defamatory claims of  petitioner as a

23 vexatious litigant ,should not be a "substitution" for his

24 shortcomings in the fields of Medicine and Law, nor his teaming up

1  With Mark Gilmartin and Steve Friedland could make his wrongs

2  of failing to vacate Aug Judgment Right.

3

4  Petitioner Was targeted by Respondents in this action shortly after

5  Sept 11,2001.My most active and successful Practice of Gyn

6  Oncology in Buffalo NY was driven out of business. State of New

7  York then leased my office ,and in 2014 I was forced to sell it to

8  one of their Agents; for $275,000;Politically well connected, State

9  and clerk of court supported ,they stopped Mortgage payments in

10  June of 2015,Sold our parking lot to an unsuspecting Couple, for

11  $830,0000 and now are advertising to sell my office again for

12  $994,0000.(as relevant to the case before the court, Magistrate

13  judge's Report &recommendation condones the action; Ignoring

14  provisions of Uniform Commercial Code ;even though UCC Section

15  II is now adopted by 50 states ,California included.)

16

17              Historical Aspect of the case

18  Historically the undersigned ,a tenured Associate professor , Board

19  certified in Obstetrics / Gynecology and Gynecologic oncology, with an

20  impeccable quarter century record of service, patient care, teaching,

21  clinical and basic research, at the State University of New York at

22  Buffalo(hereafter,SUNYAB,UB )was targeted by New York State

23  Department of Health(hereafter NYSDOH),California Medical

1  Board(hereafter CMB,C.M.B),Ohio Board shortly after September

2  11,2001,

3  The most recent Report and Recommendation of Mag Judge Riordan

4  Opens a new chapter in Fabrication,Alteration of the records,and

5  must be rejected. Revocation of petitioner's Medical License is a

6  travesty of Justice and Magistrate Judges(Carol heckman of New

7  York),now Hon Riordan of California are perpetuating it,

8  The procedures used for Gathering information, submission of

9  documents, admission of evidence, in med bds proceedings was/is

10  incredibly flawed (18 USC 1519, Ca P.C 115).Detailed disclosure of

11  fabrications, alterations in New York, California and Ohio are on file,

12  The hired New York State Canadian witness , admitted;Undisputed

13  Facts of the Case; Excerpts  RO Appeal):

14  *Case #1(JML) ,an African American, referred to by NYMB 32 Pg

15  undisclosed report, and Ca Alj was not even before the panels,

16  *Case #3(A), referred to by NYMB, Ca Alj, was not before the panel,

17  *Case#7(H) referred to by NYMB, Ca Alj, was not before the panel,

18  *Case #9 (E) referred to by NYMB, Ca Alj, was not before the panel,

19  *Case #10 (K.K) referred of NYMB, Ca Alj, was not before the panel,

1  *Case #4 (B)'s 1989-95 referred to by NYMB, Ca Alj, Courts was not

2  before the panel,

3  *Case #9 (E)'s visit of Feb19, 1986 referred to by Ca Alj, was not

4  before the panel, Under Business and Professions Code section 17500,

5  a statement is false or misleading if members of the public are likely

6  to be deceived.

7  Fabrications/Alterations regarding a 2000 application at St Joseph

8  hospital, referred to by Ca Alj, NYMB were not before the panel. The

9  BPC 17500 affords protection against the probability or likelihood as

10  well as the actuality of deception or confusion. (Chern v. Bank of

11  America (1976) 15 Cal.3d 866, 875-876.)

12  The New York State  produced forged documents (M Younessi accused

13  signer), this remains uncontested,

14  The State attorney tampered with evidence dealing with Morphine

15  administration to patient E,

16  *After 2 decades of persecution, on or about April 2020 ,again petitioner

17  Mahmood Yoonessi submitted an application for"Restoration" of his

18  Ca,Ohio Medical license s,

19  *The Ohio persecution team,referred to by Magj,( p2lines26-

20  28,p3lines1-8) Referred to a  32 pages NYMB D&O of the Year

2005(Undisclosed ,Fabricated,Altered,Hearsay evidences (18 USC 1519), made up by ,never seen, now disbarred , Peter D.Van Buren,and copied by NY late Dr Choate's team. Said Accusations involving ten patients, was originally  presented to Hon Justice Joseph Glownia,on Nov 2001, dismissed by him, then recycled before two obstetricians, a nurse practitioner, none with training/experience  in gyn oncology( Under Daubert, Frey /ORE 402/FRE 702),MagJ2 decades later second Guesses Hon Justice Glownia, does not even bother to mentions that,

*Repeated  references are made by Mag J to a New York State education department report of Feb 2013,and NY Court cases(03-CV-871S;RR pg3lines 13-21);does not even bother to admit that NY.Bd of Regent lacked Jurisdiction,and the author of NY Cts D&O's ;Attorney Carol Heckman , now has admitted that she was on the Board ,payroll of Kaleida, C. Hospital ,when she shamelessly wrote those Scandalous decisions.. Ohio Medical Board  adopted a manufactured, Altered Evidence ;NYMB 32 Pages, of  a graduate of Tehran Poly Technic Institute ,with a Revoked License No; 310221; not Petitioner' s. Mag J does not even disclose what kind of glue  she  uses to Paste no's 310221

1  to all documents in  Agencies and courts ' petitioner's certificates,

2  documents, Licenses,Assuming arguendo ,Mag J R finds such super

3  glue, he still faces relocating Polytechnic institute to the Tehran

4  University's site,  and petitioner's household back to No 9 Bobbie Lane

5  in Williamsville Ny.(see Ny,Ohio, Ca and Federal Rules of Evidence

6  (Ohio 402,802, FRE 702),

7  *Mag J D&O' s report , every  document in  California  Agencies ,Court

8  cases; Questioning, criticizing treatment of Eight Gyn cancer patients ;

9  that  did not exist(pg3 lines9-12).Assuming arguendo mag J 's wild

10 imaginations of NY case come through ;he still he faces to explain how

11 NY recommendation; to revoke Yoonessi based on A&B cases &

12 ChemoRx ,comes up to Eight.

13 *Above all ,Mag J faces the dilemma of Explaining  why and how he

14 and all others  over two decades failed to ;

15 a)Produce records,, report Patient Johnny ,Mae Lemmons, included in

16 Kredentser's  report of 2001 and nowhere else(Excerpts Undisputed

17 facts)

16

b)The sad and sorry of  such explanation is that  of all patients subject

of NY,CA, Ohio, Mag Judge's report ,she was the only "African

American,; She had a Hudge Ovarian Tumor ;that was Benign,

Petitioner has been punished  for twenty five years for correctly

advocating salvaging  ,saving her life ,

*Appellant , now joins  Ohio Attorney Toposi, and respectfully re submits

his demand letter for disclosure under:

I. Federal: "Freedom of Information Law" /Act 5 U.S.C. § 552,

II..California's ;Public Records Act G.C section 6250

III NY Code , Article 6: FREEDOM OF INFORMATION LAW

IV.NY Public Officers Law, ARTICLE  6 &  § 87 ,

V. The Ohio Open Records Law is contained in Section 149.43 of the Ohio

Revised Code. (pg's 114-142)

Anyone may request public records and no statement of purpose is required.

TABLE OF AUTHORITIES

Title VII of the Civil Rights Act of 1964, 1991, 42 USCA§§ 1981& 1982,

§ 1983, 1985, 1986, 2000E 2(a) (1), et.seq. 18 U.S.C.A § 245

( c),Amendments to the US constitution ;No I,IV,V,XIV

Federal Cases

1. Caperton v. A. T. Massey Coal Co., 556 U.S. 868 (2009),

2... Brady v. Maryland, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963).

3. United States v. Bagley, 473 U.S. 667; 105 S. Ct. 3375; 87 L. Ed. 2d 481; 1985 4.Morse v.Fusto; 2d circ; 9/11/2015 5. Bristol-Myers Squibb Co. v. Ben Venue Labs. 90 F. Supp. 2d 522.  9. Bush v. Schirato, 885 So. 2d 321


California Business and Profession codes

Ca B and P codes § 141 and § 2305, 2310(c), §2230.5, Ca B and P codes § 2337

New York Statutes

NY PHL ¶¶ 2980-2994, Education Law § 6510(3) (c), 6530 § 32, State Administrative Procedure Act§ 302

Table of Medical Authorities, References

1. R.P.C.I. Protocol PPC  862, Weekly CisPlatin followed by Cytoxan, Adriamycin, CisPlatin in Stage III, IV Ovarian Carcinoma,

2. GOG Protocol 111: Surg (suboptimal Cytoreduction) followed by Cytoxan + CisPlatin VS Taxol + CisPlatin followed by 2nd look off study

3. Monogram Chemotherapy of Gynecologic malignancies in Yearbook Medical Publishers by M.M.H., M. Yoonessi & H.C. B4650, 76-82, 81-D4, 86-E3,94-95 G2; A1983-2068.

4. Treatment of Advanced epithelial ovarian tumors: Achievements and Challenges'. Yoonessi Proceedings of ASCO vol. 8 March 1989

4. Histopathologic variables and outcome of patients with epithelial

ovarian tumors following Negative and positive 2nd look laparotomy, M. Yoonessi et al A.A.C.R., Abstract 1150 B46-50, 7682, 81-D4, 86-E3,94-95 G2; A1983-2068.

5. Treatment of Advanced Epithelial Ovarian Tumors; A Promising Multimodality Approach, M. Yoonessi et al, Proceedings of A.S.C. Co Vol. 7 March 1988 Abstract No 561 B46-50, 76-82, 81D4, 86-E3,94-95 G2; A1983-2068.

6. Effective Multimodality Treatment of Advanced Carcinoma of the Ovary, M. Yoonessi et al, Soc. of Gyn Oncologists Abstracts. Abstract 106, Pg. 119, 1989 B46-50, 76-82, 81-D4, 86-E3, 94-95 G2; A1983-2068.

7. Flexible Multi-agent Multimodality Treatment of Ovarian Tumors: A Logical Approach, M. Yoonessi, et al OV092, International Journal of Gynecological Cancer Sept- Oct 2002, pg 549 B46-99; Petitioner's Submission; New Evidence.

8. Treatment of Advanced Invasive Cervical Cancer; Changing Times and Trends: M. Yoonessi-J. of Surg.- MC Vol. 26; 161-167, 1984 B46-50, 76-82, 81-D4, 86-E3,94-95 G2; A1983-2068.

## JURISDICTIONAL STATEMENT

The lower Court had subject matter jurisdiction over this case pursuant To: 28 USC § 1343, Civil rights.28 U.S.C. § 1331, Federal question;

28 U.S. Code § 1337 - **Supplemental jurisdiction,**

*Bivens v. Six Unknown Named Agents; Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971),[ was a case in which the <u>United States Supreme Court</u> ruled that an <u>implied cause of action</u> existed for an

1 individual whose <u>Fourth Amendment</u> freedom from unreasonable
2 search and seizures had been violated by Federal agents. …

3 The *Bivens* case has been subsequently interpreted to create a cause of
4 action against the federal government similar to the one <u>42 U.S.C. §</u>
5 <u>1983</u> creates against the states.Section 1983 allows claims alleging the
6 "deprivation of any rights, privileges, or immunities secured by the
7 Constitution and [Federal laws]." 42 U.S.C. § 1983,

8 *The Ninth Circuit Court has jurisdiction under 28 U.S.C. § 1291,
9 because the appeal is from a final order.

10 The appeal is timely .

## STATEMENT OF ISSUE PRESENTED FOR REVIEW

12 * Is there a Scintilla of Evidence to support the claims of National
13 Practitioners 'Data Bank that Plaintiff has committed "Unspecified
14 Fraud"?(Pg's 82-90)**Does that constitute "Libel Per Se" California Civil**
15 **Jury Instructions (CACI);1704. Defamation per se—Essential Factual**
16 **Elements : Defendants have published in NPDB for the past Sixteen**
17 **years Claiming appellant has committed Unspecified Fraud, was**
18 **Negligent, incompetent, despite ample evidence in the records that**
19 **prove beyond doubt,he is one of the most competent,compassionate,**
20 **Honest, talented Gynecologic Oncologists to ever practice in Western**
21 **New York,**

22 *Is there a Scintilla of Evidence that Plaintiff is a "Vexatious Litigant"
23 and not a victim of "Unscrupulous" Lawyers and Legal Officials?

24 * Is there a Scintilla of Evidence that Patient A ever came to
25 Appellant's office? Or her complete record was before the reviewers?

26 Has it ever been contested that the DNR and Morphine order of Patient
27 A was forged by Dr Steven Goodnough ;a drug addict recruited by State
28 of New York and hired by State University of New York at Buffalo?(pg's
29 125-133).His Forgery was verified by Forensic Document Examiner;
30 J.Winkleman,

*Is There a Scintilla of Evidence that State of New York ever produced relevant records of patient B,They even fabricated a: Chemotherapy Record; Pet Ex No 6; pg 94,

* Were the following causes of Action Contested? Adjudicated?

* Civil Rights violations; (42 USC 1981-82, 83, 85, 86), Civil Right of 1964

*Constitutional Rights violations(Am1st, IV, V, VI, VII, XIV)

* Defamation, Intentional Misrepresentation; Criminal Fraud/Deceit,

* Perjury, Subornation of same (State; DrKredentser, Atty Cooper Dr Disaia, Fabrication of Evidence; all respondents,

*Forgery(18USCA470-514),Fair Lending, Equal Opportunity Credit violations, Blackmail, Extortion, Malicious prosecution, Redlining of Appellant's SS No ,

* False claims Act/ Whistleblower protection Act violation

* Was Jury Trial demanded and "Unconstitutially" denied?

## Argument

### I

* M Yoonessi, MD PC was never named, charged, served with any documents, did not appear; any judgment against it, is void under the laws of void judgments; a judgment may not be rendered in violation of constitutional protections. The validity of a judgment may be affected by a failure to give the constitutionally required due process notice and an opportunity to be heard (Earle v. McVeigh, 91 US 503, 23 L Ed 398. See also Restatements, Judgments ' 4(b). Prather v Loyd, 86 Idaho 45, 382 P2d 910).

### II

21

1   * As articulated by the courts in MORSE v. FUSTO; No. 07-CV-4793

2   *United* States District Court, E.D. New York. August 29, 2013,

3   Alteration of the records, manufacturing evidence (18 USCA 1519,

4   Penal codes 115) are not covered by "Absolute Immunity;

5

6                       III

7   * The use of hearsay Evidence violates the Ca Standard of proof used in

8       "Administrative proceeding" (case no 02-2009-197437, OAH No;

9           2010080483), the spirit and intent of BPC 141, 2305

10

11                       IV

12   *A complaint will survive a motion to dismiss if it contains "sufficient

13   factual matter . . . to 'state a claim to relief that is plausible on its

14   face.'" Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009) (citing Bell

15   Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 (2007)). The reviewing

16   court's "inquiry is limited to the allegations in the complaint, which are

17   accepted as true and construed in the light most favorable to the

18   plaintiff." Lazy Y Ranch LTD v. Behrens, 546 F.3d 580, 588 (9th Cir.

19   2008).

20   ... "While legal conclusions can provide the framework of a complaint,

21   they must be supported by factual allegations." Id. at 1950.

22   Courts must then determine whether the factual allegations in the

23   complaint "plausibly give rise to an entitlement of relief." Id. Though

24   the plausibility inquiry "is not akin to a probability requirement,"

1    **\*Attorney Bonta's repeated references to ,misrepresentations of CCP**

2    **391.7 violates State  and Federal Laws:**

3    **A.The Clear language of the CCP refers to new litigations and does not**

4    **apply to parties subjected to injustices, requesting reviews and**

5    **reversals,**

6    **\* The Rules of the Court (Rule8.1115(a),Prohibits courts and parties**

7    **from citing or relying on opinions not certified for publication or ordered**

8    **Published.(pages 76-86)**

9    **ReliefPrayer, wherefore:** Appellant most respectfully request

10    Reversal of the dismissal of the case against the respondents, each and

11    every one of them, on respective causes of action above:

12    \*For general damages according to proof (over $2Billion ;to be paid by

13    United States of America, States of New york, California,Ohio, Texas

14    And Respondents/C o conspirators, to the alternative;

15    Allow Honorable Attorney General of the United States to produce a

16    "Scintilla" of Credible Evidence (under Daubert…)to support the

17    Writings, Determinations, Rulings,Internet disseminations(N.P.D.B,

18    I.R.S, Fannie Mae, F.B.I,New York DOH,Ca Med Board,State and

19    Federal Courts of California,New York, Texas,Florida,

20    Massachusets,US Supreme court (and J.R)'sAccusations against

21    theAppellant since Sept 11/2001(Excerpts pg's 82-227),

22    \*For an order to Expunge/Expurgate all unsupported Defamations,

23    \*For punitive and exemplary damages, Pre and Post Judgment interest,

24    \*For attorneys 'Fees and cost of the suit,

25    \*For Default Judgment against defaulted parties,

26    \*For protection/Compensation of a "Whistleblower",

1  *For Vacating /reversal of lower court's decision in complete absence of
2  all jurisdictions,

3  *For such other relief as the court may deem necessary, just or proper.

4  Respectfully submitted  3/12/2025

5  S/Mahmood Yoonessi, M.D   (Pro Se plaintiff)

6  Oral Argument requested

7  CERTIFICATE OF COMPLIANCE

8  This brief complies with the typeface requirements of Fed. R. App. P.

9  32(a) (5) and the type style requirements of Fed. R. App. P. 32(a) (6)
10 because this brief has been prepared in a proportionally spaced typeface
11 using Microsoft Word in 14 point C typeface.

12  I hereby certify that I, mailed (USPS) the foregoing Appellant's

13 "Opening Brief Excerpts from ROA" to the Clerk of the Court for the
14 United States Court of Appeals for the Ninth Circuit 3/12/2025

15 I further certify that I have mailed the foregoing document by first-class
16 mail, postage prepaid, to the following participants (please see attached:

17 Dated: 3/12/2025 **VI. Certification and Closing**

18 Under Federal Rule of Civil Procedure 11, by signing below, I certify to
19 the best of my knowledge, information, and belief that this MO)L: (1) is
20 not being presented for an improper purpose, such as to harass, cause
21 unnecessary delay, or needlessly increase the cost of litigation; (2) is
22 supported by existing law or by a nonfrivolous argument for extending,
23 modifying, or reversing existing law; (3) the factual contentions have
24 evidentiary support or, if specifically so identified, will likely have
25 evidentiary support after a reasonable opportunity for further
26 investigation or discovery; and (4) the MOL otherwise complies with the
27 **requirements of Rule 11.**

28  A.  **For Parties without an Attorney**

24

1    I agree to provide the Clerk's Office with any changes to my address
2    where case-related papers may be served. I understand that my failure
3    to keep a current address on file with the Clerk's Office may result in
4    the dismissal of my case. Date of signing: 3/12/2025     Signature of
5    **Appellant; s/Mahmood Yoonessi, PrintedName: Mahmood Yoonessi,**
6    6790 Crest Rd Rancho Palos Verdes CA 90275
7    Email;myoonessi75@gmail.com, Ph No: 310.303-1671

8    **Dated March12,2025**     **respectfully submitted**

9    **MAHMOOD YOONESSI**

10    **6790 Crest rd. Rancho Palos Verdes, Ca 90275**

11    **Phone # 310.541.3937 Email; <u>myoonessi@cox.net</u>**

12

13