<u>United States Court of Appeals</u>
<u>For the Ninth Circuit</u>

MAHMOOD YOONESSI,

*Plaintiff-Appellant,*

v.

LETITIA JAMES, attorney; WILLIAM J. PRASIFKA; KYLE WILCOX, attorney; MERRILL TISCH; MEDICAL BOARD OF CALIFORNIA; LYNNETTE ANTOSH; JPMORGAN CHASE BANK, N.A.,

*Defendants-Appellees,*

DOCKET# 25-1329

STATE OF NEW YORK
COUNTY OF ALBANY    ss:
CITY OF ALBANY

 <u>CRISTAL R. GAZELONE</u> being duly sworn says:

 I am over eighteen years of age and an employee in the office of the Attorney General of the State of New York, attorney for the <u>Defendants-Appellees Letitia James and Merryl Tisch</u>, herein.

 On the <u>6th</u> day of <u>June, 2025</u> I served the annexed <u>Corrected Brief for Defendants-Appellees Letitia James and Merryl Tisch and the Supplemental Excerpts of Record</u> upon the individual named below, by depositing <u>1 copy</u> thereof, properly enclosed in a sealed, postpaid wrapper, in the letter box of the post office in the City of Albany, New York, a depository under the exclusive care and custody of the United States Postal Service, directed to the said individual at the address within the State respectively theretofore designated by <u>individual</u> for that purpose as follows:

MAHMOOD YOONESSI
6790 CREST ROAD
RANCHO PALOS VERDES, CALIFORNIA 90275

*[signature: Cristal R. Gazelone]*

Sworn to before me this
6th day of June, 2025

*[signature]*
Notary Public

FREDERICK A. BRODIE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6394010
Qualified in Albany County
My Commission Expires 07-01-2027