| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 12 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MAHMOOD YOONESSI,

    Plaintiff - Appellant,

 v.

LETITIA JAMES, attorney; et al.,

    Defendants - Appellees.

No. 25-1329

D.C. No. 2:23-cv-00023-TLN-SCR
Eastern District of California, Sacramento

ORDER

The answering brief submitted by Appellee Kyle Wilcox is filed.

Within 7 days of this order, Appellee Kyle Wilcox must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                           FOR THE COURT:

                           MOLLY C. DWYER
                           CLERK OF COURT