No. 25-1329
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

Mahmood Yoonessi,

*Plaintiff-Appellant,*

vs.

LETITIA JAMES, attorney; WILLIAM PRASIFKA; KYLE WILCOX, attorney; MERRILL TISCH; MEDICAL BOARD OF CALIFORNIA; LYNNETTE ANTOSH; JPMORGAN CHASE BANK, N.A.,

*Defendants-Appellees.*
_____

On Appeal from the United States District Court
for the Eastern District of California
Hon. Troy L. Nunley, Case No. 2:23-CV-00023-TLN-SCR

_____

**APPELLEE'S SUPPLEMENT EXCERPT OF RECORD INDEX**
_____

Kristin A. Blocher
California SBN 283730
**GORDON & REES LLP**
3 Parkcenter Drive, Suite 200
Sacramento, CA 93463
Tel: 916-565-2900
Fax: 916-920-4402
kblocher@grsm.com

Attorneys for Appellee
KYLE WILCOX

1

| Description and File Date | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 3** | | | |
| Judgment in a Civil Case | 2/13/2025 | 81 | 1 |
| Order | 2/13/2025 | 80 | 2-3 |
| Order and Findings and Recommendations | 1/14/2025 | 78 | 4-16 |
| Order Granting Motion to Dismiss | 1/17/2024 | 31 | 17-28 |
| District Court Docket Sheet | N/A | N/A | 29-38 |
| **VOLUME 2 OF 3** | | | |
| Notice of Appeal from a Judgment or Order of a United States District Court ECF No. 83 (filed February 27, 2025) | 2/27/2025 | 83 | 39-116 |
| Defendant Kyle Wilcox's Notice of Motion to Dismiss Plaintiff's Amended Complaint and Motion to Dismiss Plaintiff's Amended Complaint | 2/29/2024 | 37 | 117-128 |
| First Amended Complaint for Violation of Civil Rights | 2/15/2024 | 34 | 129-135 |
| Complaint for a Civil Case (Pages 1-171) | 01/06/2023 | 1 | 136-338 |
| **VOLUME 3 OF 3** | | | |
| Complaint for a Civil Case (Pages 172-352) | 01/06/2023 | 1 | 339-519 |

                                                Respectfully submitted,

Dated: June 18, 2025          GORDON & REES LLP

                                        By: /s/ Kristin A. Blocher
                                             Kristin A. Blocher
                                             Attorneys for Appellee
                                             Kyle Wilcox.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document entitled APPELLEE'S ANSWERING BRIEF with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 18, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Stephanie Snyder<br>
Stephanie Snyder